**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alfredo PENA–DOMINGUEZ,**
**Defendant–Appellant.**

**No. 10–40551**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 28, 2011.

James Lee Turner, U.S. Attorney's Office, for Plaintiff–Appellee.

Marjorie A. Meyers, Sarah Beth Landau, Margaret Christina Ling, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alfredo Pena–Dominguez has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pena–Dominguez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.